| | |
|---|---|
| 1 | Craig W. Straub (SBN 249032) |
| 2 | craig@crosnerlegal.com |
|   | Zachary M. Crosner (SBN 272295) |
| 3 | zach@crosnerlegal.com |
| 4 | **CROSNER LEGAL, P.C.** |
|   | 9440 Santa Monica Boulevard, Suite 301 |
| 5 | Beverly Hills, California 90210 |
| 6 | Tel: (866) 276-7637 |
|   | Fax: (310) 510-6429 |
| 7 | |
| 8 | Attorneys for Plaintiff Mark Gonzalez |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MARK GONZALEZ, individually, and on behalf of all others similarly situated, | Case No. 2:25-cv-01177-SB-AS |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)(A)(i)** |
| v. | |
| CELTIC OCEAN INTERNATIONAL, LLC, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Mark Gonzalez dismisses his individual claims in the above-captioned matter with prejudice. The claims of the putative class, if any, are dismissed without prejudice. Each party is to bear its own attorneys' fees, costs, and expenses.

Dated: April 11, 2025          CROSNER LEGAL, P.C.

By:     */s/ Craig W. Straub*
           CRAIG W. STRAUB

Craig W. Straub (SBN 249032)
craig@crosnerlegal.com
Zachary M. Crosner (SBN 272295)
zach@crosnerlegal.com
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637

Attorneys for Plaintiff Mark Gonzalez